1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | HARRY LEMASTER and CAROLYN   ) No. C09-01079-JL-MHP
   | LEMASTER,                    )
12 |                              ) STIPULATION TO DISMISS
   |         Plaintiffs,          ) DEFENDANT CROWN CORK & SEAL
13 |                              ) AND REMAND CASE TO SAN
   | vs.                          ) FRANCISCO SUPERIOR COURT
14 |                              )
   | ASBESTOS DEFENDANTS (BP), et al., )
15 |                              )
   |         Defendants.          )
16

17

18       Come now Plaintiffs HARRY LEMASTER and CAROLYN LEMASTER ("Plaintiffs")

19 and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the

20 following stipulation pursuant to Local Rules 7-1 and 7-12:

21       WHEREAS, defendant CC&S removed this case to the United State District Court for

22 the Northern District of California on March 11, 2009, on the ground that the court has "federal

23 officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs'

24 allegations that his injury was caused by products designed and manufactured by CC&S under

25 the supervision and control of the United States government;

26       WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

27 joined in removal or filed a separate notice of removal;

28 ///

1  WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a
2  resolution of Plaintiffs' claims again CC&S;
3  WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
4  and given the resolution of Plaintiffs' claims against it; and
5  WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to
6  have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
7  Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
8  are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
9  that this action shall be, and hereby is, immediately remanded to the San Francisco County
10 Superior Court, the court in which it was originally filed and from which it was removed.
11 Dated: March __16__, 2009          BRAYTON ❖ PURCELL LLP

13 By: _____
    Richard M. Grant
14 Attorneys for Plaintiffs HARRY LEMASTER and
   CAROLYN LEMASTER

16 Dated: March __16__, 2009         ARMSTRONG & ASSOCIATES, LLP

19 By: _____
    Mahsa M. Kashani
    Attorneys for Defendant CROWN CORK &
20  SEAL

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
   Superior Court of California, County of San Francisco, Case No 274669. The Clerk shall send
   a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
   County of San Francisco.

26 Dated: _3/25/2009_____, 2009  By: _____
27                                        UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

K:\Injured\109521\Fed-STIP-DISMISS CC&S.wpd                    2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL
FRANCISCO SUPERIOR COURT; C09-01079 JL

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 18, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

    XXX    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 18, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Harry LeMaster, et al. Asbestos Defs.
U.S.D.C. No. C09-01079 MHP

G:\POS\MULTIP.WPD                                        1

Date Created: 3/18/2009-4:08:50 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109521.001 - Harry LeMaster

Run By : Ehni, Jane (JAE)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
  Foster Wheeler LLC (FKA Foster Wheeler
Corporation) (FOSTER)
  Union Carbide Corporation (UNIONC)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
  General Motors Corporation (GM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Actuant Corporation (ACTCOR)
  Goodyear Tire & Rubber Company, The
(GOODYR)
  Ingersoll-Rand Company (INGRSL)
  Leslie Controls, Inc. (LESCON)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
  John Crane, Inc. (CRANE)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  Eaton Electrical Inc. (EATELE)
  IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  General Dynamics Corporation
(GENDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)
  Square D Company (SQUARE)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**Kronish Lieb Weiner & Hellman, LLP**
Attn: Charles Shaw, Esq.
1114 Avenue o the Americas
New York, NY 10036-7798
212-479-6000   212-479-6275 (fax)
**Defendants:**
  Montgomery Ward & Company, Inc.
(MWARDS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC
(GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
  Plant Insulation Company (PLANT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
  Metalclad Insulation Corporation
(METALC)

**Palmer, John L.**
NachmanHaysBrownstein, Inc.
822 Montgomery Ave, Suite 204
Narberth, PA 19072
610-660-0060   610-664-7298 (fax)
**Defendants:**
  Montgomery Ward & Company, Inc.
(MWARDS)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

Date Created: 3/18/2009-4:08:50 PM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109521.001 - Harry LeMaster
Run By : Ehni, Jane (JAE)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Syd Carpenter Marine Contractor, Inc. (SYD)
  Trane US, Inc. fka American Standard, Inc. (AMSTAN)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Carrier Corporation (CARRCP)
  Rockwell Automation, Inc. (ROCAUT)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  Lamons Gasket Company (LAMONS)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)